[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF MINNESOTA

RECEIVED BY MAIL
OCT 19 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FERNANDO ALFREDO TELLO-MEJIA

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 26-cv-4529 KMM/DJF
(To be supplied by the Clerk of this Court)

SIX UNKNOWN FEDERAL IMMIGRATION AGENTS.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_X_ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_X_ **OTHER** (cite statute, if known) also 28 USC § 1985 & 28 USC § 1350

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

LT SCANNED
OCT 19 2026
U.S. DISTRICT COURT MPLS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Fernando Alfredo Tello-Mejia

B. List all aliases: NONE

C. Prisoner identification number: 54948-510

D. Place of present confinement: Federal Correction Institution-Thomson

E. Address: Post Office Box 1002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: UNKNOWN IMMIGRATION AGENT [Arresting Officer]

Title: Unknown

Place of Employment: U.S. Immigration Office/MN.

B. Defendant: UNKNOWN IMMIGRATION AGENT [Assisted Arresting Officer]

Title: Unknown

Place of Employment: U.S. Immigration Office/MN.

C. Defendant: Four - UNKNOWN IMMIGRATION AGENT

Title: Unknown

Place of Employment: U.S. Imigration Office/MN.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

NOTE: The identity of each of the "UNKNOWN" defendants will be identified through the discovery [Initial] motion of the Petitioner/Plaintiff during this proceeding.



Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Case No. 23-cv-3852 (PJS/DLM)
FERNANDO TELLO MEJIA v. UNITED STATES OF AMERICA

B. Approximate date of filing lawsuit: January 19, 2024

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: United States of America

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court for DIST. of Minnesota

F. Name of judge to whom case was assigned: Judge Douglas L. Micko
United States Magistrate Judge

G. Basic claim made: Assaulted while in custody by ICE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was dismissed on Summary Judgement for failure to state a claim. Pursuant to 28 U.S.C. § 1915A(b).

I. Approximate date of disposition: January 19, 2024

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Case No. 24-1170(PAM/DLM) FERNANDO TELLO MEJIA v. Richard Muro and City of Minneapolis

B. Approximate date of filing lawsuit: June 2, 2026

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: Richard Muro and the City of Minneapolis.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court for Dist. Minnesota.

F. Name of judge to whom case was assigned: Paul A. Magnuson

G. Basic claim made: Assault by Richard Muro while in custody.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case dismissed with prejudice. No Appeal.

I. Approximate date of disposition: July 17, 2026

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) PETITIONER ARRESTED WITHOUT BEING MIRANDIZED

Petitioner was arrested at his workplace by two unknown men believe to be ICE agents and when questioned these two men "WHO" were they Petitioner was struck hard in the chest with fist close when one of the men stated that my identification as to "WHO" we are. Petitioner was "NEVER" told that he had rights but was told by these two UNKNOWN agents that he had "NO RIGHTS" due to the fact that he's a illegal alien in the United States illegally.

** The identity of UNKNOWN will be discovery in the Inital Discovery Motion.

2.) PETITIONER DENIED RIGHT TO COUNSEL

Petitioner wss interrogated and question without the representation of a counsel being present to assist him. When the Petitioner stated that "HE" wanted to speak to a counsel "HE" was told that "HE" HAVE NO RIGHTS IN THIS COUNRTY. Petitioner was forced to incriminate himself without the representation of a counsel to aid him in this process of the interrogations. The information that Petitioner gave was used against him to bring criminal charges against him.

to be used in his previous deportation hearing back to Mexico.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3.) UNKNOWN AGENTS CONSPIRED WITH LOCAL LAW ENFORCEMENT OFFICER TO SEXUAL ASSAULT PETITIONER IN AN ISOLATED PARKING LOT

The Petitioner was removed from the County Jail by the same arresting two Immigration men and told the Petitioner we're going for a little ride. The Petitioner ended up in a parking lot that was surrounded by "OTHER" law en-forcements and their vehicles. As I was made to sit in the rear seat an vehicle pulled into the lot and a man got out of the vehicle stating that he was "RICARDO MURO" and ordered the Petitioner to tell him where the drugs and money while physically sexually assaulting the Petitioner by grabbing [clutched] the Petitioner's testicles hard and holding them as he twisted them in his fist followed by him grabbing the Peitioner's nipples and doing the same to them as well. All of this took place while the Federal Immigrat-ion stood around laughing and joking with each other of what was happening to the Petitioner. As the Petitioner yelled with tears running down his face no one said nor did nothing to stop what this "LOCAL" law enforcement officer was doing. According to this "RICARDO MURO" he stated that this is how "HE" work with immigration. This local lawenforcement [Ricardo Muro] did not stop until "AFTER" I told of some drug activity that I heard about and where this actitvity was located; which I was later indicted for that drug offense which I had nothing to do with. By telling this officer I had been "FORCED" to "INCRIMINATE" myself into a offense under physical torture and torment in an "JOINT" conspiracy by Federal and Local Law Enforcement.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Petitioner seeks 2,500,000. in Compensatory and Punitive damages against "EACH" unknown Respondent and against any other agents that were in attendance and involved with the in justice against the Petitioner; Also any thing else that this honorable Court feels to be just; To include "citizenship" in the United States...."Permanently.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 8 day of Oct., 20 26

(Signature of plaintiff or plaintiffs)

Fernando Alfredo Tello-Mejia
(Print name)

54948-510
(I.D. Number)

Thomson Federal Correction Institution

P.O. Box 1002, Thomson, Illinois 61285
(Address)