# All Transactions

PRINT

Exhibit A

| | | | |
|---|---|---|---|
| Inmate Reg #: | 54948510 | Current Institution: | Thomson AUSP |
| Inmate Name: | TELLO-MEJIA, FERNANDO | Housing Unit: | TOM-B-A |
| Report Date: | 09/01/2026 | Living Quarters: | B01-015U |
| Report Time: | 12:00:40 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 9/1/2026 7:30:21 AM | Sales - No FP (Inmate Exempt) | ($211.75) | 14 | | $491.03 |
| 8/30/2026 8:05:44 AM | Western Union | $210.00 | 33326242 | | $702.78 |
| 8/30/2026 7:01:12 AM | TRUL Withdrawal | ($10.00) | TL0830 | | $492.78 |
| 8/22/2026 8:12:48 AM | TRUL Withdrawal | ($5.00) | TL0822 | | $502.78 |
| 8/20/2026 8:54:46 AM | Sales - No FP (Inmate Exempt) | ($232.85) | 40 | | $507.78 |
| 8/19/2026 8:27:47 PM | TRUL Withdrawal | ($10.00) | TL0819 | | $740.63 |
| 8/17/2026 9:07:43 PM | Western Union | $150.00 | 33326229 | | $750.63 |
| 8/15/2026 3:07:37 PM | Western Union | $120.00 | 33326227 | | $600.63 |
| 8/10/2026 8:20:09 PM | TRUL Withdrawal | ($5.00) | TL0810 | | $480.63 |
| 8/10/2026 11:03:42 AM | Payroll - IPP | $7.20 | 6IPP0726 | | $485.63 |
| 8/9/2026 8:29:33 PM | TRUL Withdrawal | ($10.00) | TL0809 | | $478.43 |
| 8/5/2026 7:23:40 AM | Sales - No FP (Inmate Exempt) | ($229.90) | 6 | | $488.43 |
| 8/4/2026 8:10:31 AM | TRUL Withdrawal | ($5.00) | TL0804 | | $718.33 |
| 7/31/2026 7:07:13 PM | Western Union | $120.00 | 33326212 | | $723.33 |
| 7/31/2026 1:10:26 PM | TRUL Withdrawal | ($5.00) | TL0731 | | $603.33 |
| 7/28/2026 6:06:51 PM | Western Union | $100.00 | 33326209 | | $608.33 |
| 7/24/2026 2:24:06 PM | Phone Withdrawal | ($3.00) | TFN0724 | | $508.33 |
| 7/24/2026 7:11:17 AM | TRUL Withdrawal | ($5.00) | TL0724 | | $511.33 |
| 7/21/2026 7:01:03 AM | TRUL Withdrawal | ($5.00) | TL0721 | | $516.33 |
| 7/20/2026 8:16:51 AM | Sales - No FP (Inmate Exempt) | ($32.45) | 40 | | $521.33 |
| 7/20/2026 8:13:54 AM | Sales - No FP (Inmate Exempt) | ($191.50) | 39 | | $553.78 |
| 7/19/2026 7:15:14 AM | TRUL Withdrawal | ($5.00) | TL0719 | | $745.28 |
| 7/15/2026 6:10:54 AM | Western Union | $200.00 | 33326196 | | $750.28 |
| 7/8/2026 3:49:00 PM | Payroll - IPP | $7.20 | 6IPP0626 | | $550.28 |
| 7/7/2026 9:38:38 AM | Sales - No FP (Inmate Exempt) | ($230.85) | 56 | | $543.08 |
| 7/7/2026 8:04:55 AM | TRUL Withdrawal | ($5.00) | TL0707 | | $773.93 |
| 7/6/2026 2:07:26 PM | Western Union | $300.00 | 33326187 | | $778.93 |
| 7/1/2026 9:12:31 PM | TRUL Withdrawal | ($10.00) | TL0701 | | $478.93 |
| 6/25/2026 8:58:13 AM | Sales - No FP (Inmate Exempt) | ($8.55) | 41 | | $488.93 |
| 6/25/2026 8:40:21 AM | Sales - No FP (Inmate Exempt) | ($182.65) | 31 | | $497.48 |
| 6/21/2026 6:07:41 AM | Western Union | $10.00 | 33326172 | | $680.13 |
| 6/21/2026 6:07:40 AM | Western Union | $290.00 | 33326172 | | $670.13 |
| 6/19/2026 7:08:20 PM | Phone Withdrawal | ($5.00) | TFN0619 | | $380.13 |
| 6/17/2026 1:08:55 PM | TRUL Withdrawal | ($10.00) | TL0617 | | $385.13 |
| 6/15/2026 4:27:39 PM | TRUL Withdrawal | ($5.00) | TL0615 | | $395.13 |
| 6/8/2026 7:46:01 AM | Sales - No FP (Inmate Exempt) | ($193.90) | 20 | | $400.13 |
| 6/5/2026 2:41:57 PM | Payroll - IPP | $7.20 | 6IPP0526 | | $594.03 |
| 5/29/2026 7:41:02 AM | TRUL Withdrawal | ($5.00) | TL0529 | | $586.83 |
| 5/27/2026 8:42:21 AM | Sales - No FP (Inmate Exempt) | ($206.00) | 47 | | $591.83 |
| 5/23/2026 3:06:58 PM | Western Union | $100.00 | 33326143 | | $797.83 |
| 5/23/2026 10:44:55 AM | TRUL Withdrawal | ($5.00) | TL0523 | | $697.83 |
| 5/21/2026 6:08:26 AM | Western Union | $30.00 | 33326141 | | $702.83 |
| 5/20/2026 1:22:10 PM | TRUL Withdrawal | ($5.00) | TL0520 | | $672.83 |
| 5/13/2026 9:50:54 AM | Sales - No FP (Inmate Exempt) | ($231.80) | 68 | | $677.83 |
| 5/10/2026 2:16:58 PM | TRUL Withdrawal | ($10.00) | TL0510 | | $909.63 |
| 5/8/2026 2:16:03 PM | Payroll - IPP | $7.20 | 6IPP0426 | | $919.63 |
| 5/3/2026 9:34:20 AM | TRUL Withdrawal | ($10.00) | TL0503 | | $912.43 |
| 4/27/2026 12:08:04 PM | Sales - No FP (Inmate Exempt) | ($229.20) | 7 | | $922.43 |
| 4/25/2026 3:09:18 PM | TRUL Withdrawal | ($5.00) | TL0425 | | $1,151.63 |
| 4/22/2026 8:07:09 PM | Western Union | $260.00 | 33326112 | | $1,156.63 |



RECEIVED BY MAIL
OCT 19 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
LT
OCT 19 2026
U.S. DISTRICT COURT MPLS

| | |
|---|---|
| National 6 Months Withdrawals: | $2,806.70 |
| Available Funds to be considered for IFRP Payments: | $2,553.20 |
| National 6 Months Avg Daily Balance: | $614.02 |
| Local Max. Balance - Prev. 30 Days: | $750.63 |
| Average Balance - Prev. 30 Days: | $557.36 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $211.75 |
| YTD Purchases: | $4,693.65 |
| Last Sales Date: | 9/1/2026 7:30:21 AM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | Yes |
| Spending Limit: | $230.00 |
| Expended Spending Limit: | $211.75 |
| Remaining Spending Limit: | $18.25 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**