Fernando Alfredo Tello-Mejia, #54948-510
Federal Correction Institution-Thomson
Post Office Box 1002
Thomson, Illinois 61285




AUSP Thomson
OCT 14 2026
Received in CSD

United states District Court
For the District of Minnesota
ATTN: Clerk of the Court
300 South fourth Street, Suite 202
Minneapolis, MN. 55415

SCANNED
OCT 19 2026
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
OCT 19 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SPECIAL-LEGAL MAIL